PS3 (12/05-Rev. for PACTS 6/11)                                                                                          Kevin Douglas Creek, / Unassigned

> In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

## PRETRIAL SERVICES REPORT

| District/Office<br>Northern District of Georgia/Atlanta | Charge(s) (Title, Section, and Description)<br>**Rule 5** - District of Columbia |
|---|---|
| Judicial Officer<br>Honorable Linda T. Walker<br>United States Magistrate Judge | **Count 1:** Title 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in Any Restricted Building or Grounds Without Lawful Authority |
| Docket Number (Year – Sequence No. – Def. No.)<br>Unassigned - NDGA<br>1:21-MJ-00460 - District of Columbia | **Count 2:** Title 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>**Count 3:** Title 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds<br>**Count 4:** Title 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds<br>**Count 5:** Title 40 U.S.C. § 5104(e)(2)(F) - Physical Violence on Capitol Grounds<br>**Count 6:** Title 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder<br>**Count 7:** Title 18 U.S.C. § 111(a)(1) - Assault, Resisting or Impeding Certain Officers |

## DEFENDANT

| Name<br>Creek, Kevin Douglas | Employer/School<br>Nailed It (Self-Employment) | | |
|---|---|---|---|
| Other Names on Charging Document<br>N/A | | | |
| Address<br>340 Crown Vetch Lane<br>John's Creek, GA 30005 | Employer/School Address<br>John's Creek, GA | | |
| At Address Since<br>2016 | Time in Community of Residence<br>39 Years | Monthly Income<br>$8,333.33 | Time with Employer/School<br>4 years |

## INTRODUCTION:

The defendant is scheduled to appear before Your Honor on June 10, 2021, for an Initial Appearance.

The defendant was interviewed on June 10, 2021, in Atlanta, Georgia. Verifications were obtained from the defendant's wife, Jurga Creek.

Page 1

PS3 (12/05-Rev. for PACTS 6/11)                                                          Kevin Douglas Creek, / Unassigned

**DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:**

The defendant, age 46, advised he was born on November 11, 1974, in Rochester, New York. The defendant reported he has lived in Alabama and Texas, during his childhood, and finally relocated to Georgia, when the defendant was in the fourth grade. He noted he has lived at the above address since 2016, with his wife and children, in a home they are purchasing. The defendant said if released on bond, he wished to return to this residence.

The defendant advised his children, Max Creek (12) and Sofi Creek (17), reside in the home with him. He informed his daughter Sahara Creek (20), resides in North Carolina, and the defendant maintains contact with her every couple of months. The defendant related his mother, Catherine Creek (73), resides in Cumming, Georgia, and they maintain monthly contact. He said his father, Hal Creek (74), resides in Gray, Georgia, and they maintain contact several times per week. The defendant stated his sister, April O'Harrow (48), resides in Cumming, Georgia, and they maintain weekly contact. He said his brother, Chris Creek (50), resides in Dallas, Georgia, and they maintain daily contact. The defendant noted he has a half-brother, Jeff Creek (54), who resides in Jacksonville, Alabama, with whom he has not communicated, in two years.

Pretrial Services contacted the defendant's wife, Jurga Creek, who corroborated the personal history information provided by the defendant. **Mrs. Creek noted the defendant may possess firearms, but she is unsure whether they belong to the defendant or his father. She advised that if Court ordered, the defendant would be willing to remove any firearms from the home.**

<u>Education:</u>

The defendant reported having some college education, noting he attended Coastal Carolina Community College located in Jacksonville, North Carolina.

Mrs. Creek confirmed her husband has some college education.

**PASSPORT/IMMIGRATION HISTORY:**

The defendant informed he does possess a passport. He reported traveling on vacations within the past ten years to Lithuania, where his wife is from; Dominican Republic; Mexico; and Canada.

Mrs. Creek confirmed this information.

**EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

**Employed/Unemployed History:**

| Start Date | End Date | Employer Name/ Unemployed | Address | Monthly Income | Time in Status/ Hours a Week |
|---|---|---|---|---|---|
| 2016 | Present | Nailed It Roofing (Self-Employment) | John's Creek, Georgia | Over $100,000 / year | 4 years |

Page 2

PS3 (12/05-Rev. for PACTS 6/11)                                           Kevin Douglas Creek, / Unassigned

The defendant advised that he was previously employed with KTM Roofing, for seven years. He noted that he served in the United States Marine Corp from 1995 to 1999. He advised he received an Honorable Discharge.

Mrs. Creek confirmed this information.

**Finances:**

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| 2020 Porsche | $65,000.00 | | |
| 2020 Hyundai Tucson | $15,000.00 | | |
| | | | |
| Total | $80,000 | Total | $0 |
| **Estimated Net Worth: $80,000** | | | |

In addition to the above listed vehicles, the defendant stated he makes monthly payments of $850 for a 2018 Ford F150, that has a remaining balance of $20,000. The defendant informed his home is worth $650,000, and the monthly mortgage payments are $2,800, with a remaining balance of $250,000. The defendant advised his wife pays the household bills, so he is unsure of the total cost of these items.

Mrs. Creek confirmed this information.

**RESOURCES FOR BOND:**

The defendant may have financial resources for bond.

**HEALTH:**

**Physical Health:**

The defendant stated he is in excellent physical health with no medical problems reported.

Mrs. Creek confirmed this information.

**Mental Health:**

The defendant reported he suffers from a panic disorder, for which he is currently prescribed and is taking Diazepam.

Mrs. Creek stated she has no knowledge of the defendant suffering from any mental health ailments.

**Substance Abuse:**

At the request of the defense attorney, the defendant was not questioned about substance abuse.

Mrs. Creek reported the defendant consumes alcoholic beverages on an occasional basis. She noted that he does not use illicit drugs.

PS3 (12/05-Rev. for PACTS 6/11)                                           Kevin Douglas Creek, / Unassigned

**PRIOR RECORD:**

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following arrest history.

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| 02/01/2001 (Age 26) | Cobb County Police Department; Marietta, GA | Public Indecency / Indecent Exposure (M) | 8/24/2001 - Adj. guilty; 30 days confinement; 23 months probation; fine |

**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. Instant Offense
2. Mental Health History

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Nature of Instant Offense
2. Mental Health History

**RECOMMENDATION:**

To reasonably assure the defendant's appearance and the safety of the community, I respectfully recommend the defendant be released on a $10,000 Unsecured Bond and with the following conditions:

1. Comply with prohibitions against traveling inside or outside of the district.
2. Surrender any passport(s).
3. Comply with restrictions about applying for or obtaining a new passport.
4. Report as soon as possible, to the supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
5. Comply with prohibitions on possessing firearms or other weapons.
6. Report to pretrial services.
7. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
8. Refrain from the excessive use of alcohol.
9. Continue current mental health treatment

PS3 (12/05-Rev. for PACTS 6/11)                                           Kevin Douglas Creek, / Unassigned

| Pretrial Services Officer<br>Ashley Watson   *Ashley Watson*<br>United States Probation Officer | Date<br>6/10/2021 | Time<br>12:14 pm |
|---|---|---|
| Reviewed By: *F. White*<br>Felicia S. White, Senior United States Probation Officer | | |

Page 5