# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-mj-00460 |
| : | |
| KEVIN DOUGLAS CREEK, : | Chief Judge Beryl A. Howell |
| : | |
| Defendant. : | Magistrate Judge Robin M. Merriweather |
| : | |

The United States of America, through the undersigned, does not object to the Defendant's Motion for Revocation of the Detention Order imposed by the magistrate judge in the Northern District of Georgia. Based on the defendant's law-abiding conduct after January 6th, his lack of criminal history, and his significant cooperation with law enforcement, the United States submits its position that conditions can be fashioned to reasonably assure the defendant's appearance and effectively assure the safety of the community. 18 U.S.C. § 3142.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

*/s/ JACOB J. STRAIN*
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530