UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN DOUGLAS CREEK,<br><br>Defendant. | Case No. 21-mj-460 (RMM) |

# ORDER

On June 21, 2021, the parties appeared before the undersigned magistrate judge for a hearing on Defendant's Motion for Revocation of Detention Order and Request for Expedited Hearing (ECF No. 7). Counsel for Defendant waived Defendant's appearance at the hearing to facilitate the expedited adjudication of the Motion. During the hearing, counsel for the United States confirmed that the government was no longer requesting that Defendant be held pending trial. It is therefore

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Defendant be released forthwith from custody. Defendant will be subject to the conditions of release discussed on the record during the June 21, 2021 hearing.

**SO ORDERED.**

                                                                                                     _____
                                                                                                     Zia M. Faruqui
                                                                                                     United States Magistrate Judge