# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CASE NO. 21-mj-460** |
| **KEVIN DOUGLAS CREEK,** : | |
| **Defendant** : | |

## ORDER

Upon review of the Stipulated Motion to Continue and to Exclude Time Under the Speedy Trail Act, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Status Hearing currently scheduled for August 24, 2021 be continued to October 18, 2021 at 3:00 p.m. before Magistrate Judge Harvey; and it is further

**ORDERED** that the time between August 24, 2021 and October 18, 2021 shall be excluded from calculation under the Speedy Trial Act.  The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to further engage in the discovery process, will give the parties time for effective preparation, and will facilitate the parties negotiations toward a resolution of this matter.

_____
Robin M. Meriweather
United States Magistrate Judge